UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:
AGGIELAND INFINITY REAL
ESTATE MANAGEMENT INC.

CASE NO.:

Debtor(s)
_____/

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my (our) knowledge.

Date: 05/06/2024

_____
Attorney for Debtor(s)
- OR -

_____
Debtor, President + CEO

_____
Joint Debtor

Advanta IRA Services, LLC FBO
Cynthia K. Gostenhofer IRA #███659
C. Eric Gostenhofer
13191 Starkey Road, Suite 2
Largo, FL 33773

Zarifa Aliyeva
1214 Westshore Dr.
Houston, TX 77094

BSI Financial Services
314 S. Franklin St.
PO Box 517
Titusvillle, PA 54

FCI Lender Services
PO Box 27370
Anaheim, CA 92809-0112

Harris County
c/o Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064

Juan D. Mendez dba Elias Foundation Repair
410 Scott St.
Pasadena, TX 77506

Searchers Capital, LLC
1302 Waugh Drive, Suite 831
Houston, TX 77019

Southern FlipCo Financial
12140 Wickchester Ln, Suite 100
Houston, TX 77027


Wilmington Savings Fund Society FSB
c/o Snell & Wilmer
1 East Washington St, Suite 2700
Phoenix, AZ 85004